**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BRENT W. MYERS,** ) | |
| **ID # 1513909,** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | **No. 3:10-CV-2537-K-BH** |
| ) | |
| **JOHN T. NASH, et. al,** ) | |
|     **Defendants.** ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiff's *Request to Appeal In Forma Pauperis*, received August 5, 2011 (doc. 15).

(**X**)    The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 8th day of August, 2011.**

                                                                           IRMA CARRILLO RAMIREZ
                                                        UNITED STATES MAGISTRATE JUDGE